# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN JONES, | |
| Petitioner, | Civil Action No. 17-1366 |
| v. | Judge Cathy Bissoon |
| | Magistrate Judge Maureen P. Kelly |
| SHERIFF WILLIAM P. MULLEN, *et al.*, | |
| Respondents. | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 and Local Rule of Civil Procedure 72.

On December 8, 2017, the Magistrate Judge issued a Report (Doc. 10) recommending that Petitioner Brian Jones's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1), be dismissed as moot because Petitioner challenged his pre-trial custody but has since been convicted and released from custody. The Report was served on the parties, and no objections have been filed.[1]

After a *de novo* review of the pleadings and documents in this case and the Magistrate Judge's Report, the Court concurs with the recommendation. Accordingly, the following Order is entered:

The Petition (Doc. 1) is DISMISSED AS MOOT. The Magistrate Judge's Report and Recommendation is hereby adopted as the Opinion of the District Court.

---

[1] For registered ECF users, objections were due by December 22, 2017; for unregistered ECF users, objections were due by December 26, 2017. (See Doc. 10.)

IT IS SO ORDERED.

February 14, 2018                                             s/Cathy Bissoon
                                                              Cathy Bissoon
                                                              United States District Judge

cc (via ECF email notification):

All counsel of record


cc (via First-Class, U.S. Mail):

BRIAN JONES
307 North Avenue
East Pittsburgh, PA 15112